**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| MIDWEST RENEWABLE ENERGY, LLC, a Nebraska Limited Liability Co., | ) ) ) | |
| Plaintiff, | ) ) | 7:11CV5009 |
| vs. | ) ) | ORDER |
| WESTERN BIOMASS ENERGY, LLC, KL PROCESS DESIGN GROUP, LLC, KL ENERGY CORP., and RANDALL P. KRAMER, | ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on the Suggestion of Bankruptcy (Filing No. 30). The plaintiff filed the suggestion based on information the defendant Western Biomass Energy, LLC, has filed a Chapter 11 bankruptcy, on or about November 1, 2012. The filing was made in the District of Wyoming and is designated Case No. 12-21085. Upon consideration,

**IT IS ORDERED:**

1. Pursuant to NEGenR 1.5(a)(1) and 28 U.S.C. § 157, this case is referred to the United States Bankruptcy Court for the District of Nebraska.

2. This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska.

3. The Clerk of the Court for the District of Nebraska shall furnish the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 3rd day of December, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge