IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| WESTERN BIOMASS ENERGY, LLC, | ) | |
| | ) | BK. 12-21085 (D. Wyo.) |
| Debtor. | ) | A12-4097 - TLS |
| _____ | ) | Chapter 11 |
| MIDWEST RENEWABLE ENERGY, LLC, | ) | |
| a Nebraska limited liability | ) | |
| company, | ) | |
| | ) | |
| Plaintiff, | ) | 7:11CV5009 |
| | ) | |
| v. | ) | |
| | ) | |
| WESTERN BIOMASS ENERGY, LLC; | ) | ORDER |
| KL PROCESS DESIGN GROUP, LLC; | ) | |
| KL ENERGY CORP.; and RANDALL | ) | |
| P. KRAMER, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on the report and recommendation of Chief Bankruptcy Judge Thomas L. Saladina for withdrawal of reference in the above-captioned adversary proceeding as to defendants KL Process Design Group, KL Energy Corp., and Randall P. Kramer (Filing No. 32).  Pursuant thereto,

IT IS ORDERED:

1) The reference of adversary proceeding A12-4097 is withdrawn from the bankruptcy court pursuant to NELR 76.1(b)(1).

2) Plaintiff's counsel shall initial a conference call with Magistrate Judge Thomas D. Thalken on:

**Thursday, February 28, 2013, at 10:30 a.m.**

Telephone number: (402) 661-7343 -- at which time the plaintiff

and the remaining defendants shall advise the Court how they
intend to proceed with this action.

DATED this 14th day of February, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court