IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MIDWEST RENEWABLE ENERGY, LLC, a Nebraska limited liability company;<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>WESTERN BIOMASS ENERGY, LLC; KL PROCESS DESIGN GROUP LLC,  KL ENERGY CORP., RANDALL P. KRAMER,<br><br>　　　　　Defendants. | 7:11CV5009<br><br>ORDER |

　　　　The court entered an order on May 14, 2013 which stated that as between the plaintiff and *pro se* defendant Randall P. Kramer, the previously scheduled settlement conference was continued pending receipt of further information from plaintiff's counsel. No additional information has been provided to the court.  The court therefore assumes defendant Kramer is unwilling to participate in a settlement conference at this time.

　　　　Accordingly,

　　　　IT IS ORDERED that as to all parties, the settlement conference in this case is cancelled.

　　　　May 29, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge