## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MIDWEST RENEWABLE ENERGY, LLC,** a Nebraska Limited Liability Co., | |
| **Plaintiff,** | **7:11CV5009** |
| **vs.** | **ORDER** |
| **WESTERN BIOMASS ENERGY, LLC, KL PROCESS DESIGN GROUP, LLC, KL ENERGY CORP., and RANDALL P. KRAMER,** | |
| **Defendants.** | |

This matter is before the court on the Suggestion of Bankruptcy (Filing No. 42).  The defendants KL Process Design Group, LLC (KL Process) and KL Energy Corporation (KL Energy) represent Blue Sugars Corporation, formerly known as KL Energy, successor in interest to KL Process, filed a Chapter 7 bankruptcy on or about May 10, 2013.  The filing was made in the District of Nevada and is designated Case No. 3:13BK50937.  Upon consideration,

**IT IS ORDERED**:

1.      Pursuant to NEGenR 1.5(a)(1) and 28 U.S.C. § 157, this case is referred to the United States Bankruptcy Court for the District of Nebraska.

2.      This case shall be stayed as to defendants KL Process and KL Energy.

3.      The Clerk of the Court for the District of Nebraska shall furnish the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

4.      Plaintiff's counsel shall initiate a conference call with the undersigned judge on **June 7, 2013, at 10:00 a.m.** at which time the plaintiff and the remaining defendant, Randall P. Kramer, will inform the court how they intend to proceed with this action.

Dated this 29th day of May, 2013.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge