IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. 3:13BK50937 (D. Nev.) |
| | ) | Chapter 7 |
| BLUE SUGARS CORPORATION, | ) | |
| f/d/b/a KL Energy Corporation, | ) | |
| | ) | |
| Debtor. | ) | |
| MIDWEST RENEWABLE ENERGY, LLC, | ) | A13-4028-TLS |
| a Nebraska limited liability company, | ) | |
| | ) | 7:11CV5009 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| WESTERN BIOMASS ENERGY, LLC; | ) | |
| KL PROCESS DESIGN GROUP, LLC; | ) | |
| KL ENERGY CORP.; and | ) | |
| RANDALL P. KRAMER, | ) | |
| | ) | |
| Defendants. | ) | |

**REPORT & RECOMMENDATION**

This matter is before the court on the status report filed by the plaintiff (Fil. No. 3). None of the defendants filed status reports as ordered.

The plaintiff filed this lawsuit in July 2011 to collect more than $1 million in damages allegedly resulting from unpaid construction work performed at defendant Western Biomass Energy's ethanol plant in Lincoln County, Nebraska. Defendant KL Energy Corp., n/k/a Blue Sugars Corporation, has now filed a Chapter 7 proceeding in the District of Nevada, which resulted in the civil action being transferred to this court.

The automatic stay of 11 U.S.C. § 362 protects the debtor from any attempts to collect a debt from it, but the non-debtor defendants do not enjoy the same protection. Therefore, I respectfully recommend to the United States District Court for the District of Nebraska that it withdraw the reference of this adversary proceeding to proceed with the litigation against the parties not in bankruptcy, while staying the case as to the party in bankruptcy until the automatic stay is no longer in effect or until relief from the automatic stay is requested and obtained from the Nevada bankruptcy court.

      The Clerk of the Bankruptcy Court shall process this recommendation pursuant to the local court rules.

      DATED:  July 2, 2013.

                              RESPECTFULLY SUBMITTED,

                              /s/ Thomas L. Saladino
                              Chief Judge

Notice given by the Court to:
      Jerrold L. Strasheim
      Terrance O. Waite
      Patrick M. Heng
      David P. Broderick
      Randall P. Kramer
      United States Trustee