IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| WESTERN BIOMASS ENERGY, LLC, | ) | |
| | ) | 3:13BK50937 (D. Nev.) |
| Debtor. | ) | A12-4028 - TLS |
| _____ | ) | Chapter 7 |
| MIDWEST RENEWABLE ENERGY, LLC, | ) | |
| a Nebraska limited liability | ) | |
| company, | ) | |
| | ) | |
| Plaintiff, | ) | 7:11CV5009 |
| | ) | |
| v. | ) | |
| | ) | |
| WESTERN BIOMASS ENERGY, LLC; | ) | ORDER |
| KL PROCESS DESIGN GROUP, LLC; | ) | |
| KL ENERGY CORP.; and RANDALL | ) | |
| P. KRAMER, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on the report and recommendation of Chief Bankruptcy Judge Thomas L. Saladina for withdrawal of reference in the above-captioned adversary proceeding (Filing No. 47).  Pursuant thereto,

IT IS ORDERED:

1) The reference of adversary proceeding A12-4028 is withdrawn from the bankruptcy court.

2) Plaintiff's counsel shall advise the Court, in writing, on or before **October 18, 2013**, whether it intends to proceed against the parties not in bankruptcy, while the case is stayed as to the party in bankruptcy or intends to wait until

relief from the automatic stay is requested and obtained from the Nevada bankruptcy Court.

DATED this 25th day of September, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court