```
           IN THE UNITED STATES DISTRICT COURT FOR THE

                        DISTRICT OF NEBRASKA

IN THE MATTER OF:               )
                                )
WESTERN BIOMASS ENERGY, LLC,    )
                                )         3:13BK50937 (D. Nev.)
            Debtor.             )         A12-4028 - TLS
_____)         Chapter 7
MIDWEST RENEWABLE ENERGY, LLC,  )
a Nebraska limited liability    )
company,                        )
                                )
            Plaintiff,          )         7:11CV5009
                                )
       v.                       )
                                )
WESTERN BIOMASS ENERGY, LLC;    )            ORDER
KL PROCESS DESIGN GROUP, LLC;   )
KL ENERGY CORP.; and RANDALL    )
P. KRAMER,                      )
                                )
            Defendants.         )
_____)
```

This matter is before the Court on the motion of the law firm of Waite, McWha & Heng to withdraw as attorneys of record for KL Energy Corp., KL Process Design Group, and Western Biomass Energy, LLC, (Filing No. 53). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. Terrance O. Waite, Angela M. Franz and the law firm of Waite, McWha & Heng are deemed withdrawn as counsel of record for KL Energy Corp., KL Process Design Group, and Western Biomass Energy, LLC. The names shall be removed from CM/ECF and they will no longer receive notice of filings in this case.

DATED this 11th day of June, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court