IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
IN THE MATTER OF:             )
                              )
WESTERN BIOMASS ENERGY, LLC,  )
                              )         3:13BK50937 (D. Nev.)
            Debtor.           )         A12-4028 - TLS
_____)         Chapter 7
MIDWEST RENEWABLE ENERGY, LLC,)
a Nebraska limited liability )
company,                      )
                              )
            Plaintiff,        )         7:11CV5009
                              )
      v.                      )
                              )
WESTERN BIOMASS ENERGY, LLC;  )         ORDER
KL PROCESS DESIGN GROUP, LLC; )
KL ENERGY CORP.; and RANDALL  )
P. KRAMER,                    )
                              )
            Defendants.       )
_____)
```

This matter is before the Court after review of plaintiff's response (Filing No. 52) to the Court's order (Filing No. 48).

IT IS ORDERED that the plaintiff shall advise the Court, in writing, **on or before December 1, 2014,** as to the status of the bankruptcy proceedings and whether plaintiff intends to proceed against the parties not in bankruptcy, while the case is stayed as to the party in bankruptcy or intends to wait until relief from the automatic stay is requested and obtained from the Nevada bankruptcy Court.

DATED this 6th day of November, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court