IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| WESTERN BIOMASS ENERGY, LLC, | ) | |
| | ) | 3:13BK50937 (D. Nev.) |
| Debtor. | ) | A12-4028 - TLS |
| _____ | ) | Chapter 7 |
| MIDWEST RENEWABLE ENERGY, LLC, | ) | |
| a Nebraska limited liability | ) | |
| company, | ) | |
| | ) | |
| Plaintiff, | ) | 7:11CV5009 |
| | ) | |
| v. | ) | |
| | ) | |
| WESTERN BIOMASS ENERGY, LLC; | ) | ORDER |
| KL PROCESS DESIGN GROUP, LLC; | ) | |
| KL ENERGY CORP.; and RANDALL | ) | |
| P. KRAMER, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court after review of plaintiff's status report (Filing No. 56).

IT IS ORDERED that the plaintiff shall advise the Court, in writing, **on or before June 1, 2015,** as to the status of the bankruptcy proceedings and whether plaintiff intends to proceed against the parties not in bankruptcy, while the case is stayed as to the party in bankruptcy, or intends to wait until relief from the automatic stay is requested and obtained from the Nevada bankruptcy Court.

DATED this 10th day of December, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court