IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| WESTERN BIOMASS ENERGY, LLC, | ) | |
| | ) | 3:13BK50937 (D. Nev.) |
| Debtor. | ) | A12-4028 - TLS |
| _____ | ) | Chapter 7 |
| MIDWEST RENEWABLE ENERGY, LLC, | ) | |
| a Nebraska limited liability | ) | |
| company, | ) | |
| | ) | |
| Plaintiff, | ) | 7:11CV5009 |
| | ) | |
| v. | ) | |
| | ) | |
| WESTERN BIOMASS ENERGY, LLC; | ) | ORDER |
| KL PROCESS DESIGN GROUP, LLC; | ) | |
| KL ENERGY CORP.; and RANDALL | ) | |
| P. KRAMER, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court after review of plaintiff's status report (Filing No. 60). The status report is limited in scope. Accordingly,

IT IS ORDERED that the plaintiff shall advise the Court, in writing, **on or before March 1, 2016**:

1) The status of the bankruptcy proceedings.

2) Whether plaintiff intends to proceed against the parties not in bankruptcy, while the case is stayed as to the party in bankruptcy.

3) If the bankruptcy proceedings have been terminated, why this action should not be dismissed for lack of prosecution.

DATED this 5th day of February, 2016.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court