IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | 12BK21085 (D. Wyo.) |
| | ) | A12-4097 - TLS |
| WESTERN BIOMASS ENERGY, LLC, | ) | |
| | ) | 3:13BK50937 (D. Nev.) |
| Debtor. | ) | A13-4028 - TLS |
| _____ | ) | Chapter 7 |
| MIDWEST RENEWABLE ENERGY, LLC, | ) | |
| a Nebraska limited liability | ) | |
| company, | ) | |
| | ) | |
| Plaintiff, | ) | 7:11CV5009 |
| | ) | |
| v. | ) | |
| | ) | |
| WESTERN BIOMASS ENERGY, LLC; | ) | ORDER |
| KL PROCESS DESIGN GROUP, LLC; | ) | |
| KL ENERGY CORP.; and RANDALL | ) | |
| P. KRAMER, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion
to dismiss (Filing No. 62).  The Court finds the motion should be
granted.  Accordingly,

IT IS ORDERED that plaintiff's motion is granted; this
action is dismissed without prejudice.

DATED this 2nd day of March, 2016.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court